PHILLIP A. TALBERT
Acting United States Attorney
DAVID THIESS
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2825
Facsimile: (916) 554-2900
Email: David.Thiess@usdoj.gov

Attorneys for the United States

FILED
Jun 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:21-sw-0553 AC

IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF RANDALL L. STEFFENS, D.O.:

Stallant Health
20601 West Paoli Lane
Weimar, California 95736

WARRANT FOR INSPECTION

**Investigator: Mark Jackson**

TO: DIVERSION INVESTIGATOR MARK JACKSON AND ANY OTHER DULY AUTHORIZED INVESTIGATOR OR AGENT OF THE DRUG ENFORCEMENT ADMINISTRATION (DEA), UNITED STATES DEPARTMENT OF JUSTICE.

Application having been made and probable cause as defined by 21 U.S.C. § 880(d) having been shown by the affidavit of DEA Diversion Investigator Mark Jackson for an inspection of the controlled premises of Randall L. Steffens, D.O., located at Stallant Health, 20601 West Paoli Lane, Weimar, California 95736 and it appearing that such inspection is appropriate pursuant to 21 U.S.C. § 880(d), you are hereby authorized pursuant to:

21 U.S.C. § 880 (b)(3)(A) to enter the above-described premises during normal business hours and inspect, copy and seize all records, reports, and other documents required to be kept under this subchapter; and

21 U.S.C. § 880(b)(3)(B) to inspect in a reasonable manner and to a reasonable extent, including, copying and seizing (as applicable and where necessary) at the controlled premises, equipment, drugs,

WARRANT FOR INSPECTION          1

containers, and labeling, and all other things therein, including records, files and papers, processes, controls, and facilities appropriate for the verification of Randall L. Steffens, D.O.,'s compliance with the Controlled Substances Act.

Specifically, pursuant to 21 U.S.C. § 880(b)(3)(A), you are hereby authorized to inspect, copy and seize (as set forth above) the following (written or electronic) from the above-described controlled substance premises:

1. All physical inventories (perpetual and biennial) of controlled substances;
2. Ordered material drug list of supplies;
3. Records of controlled substance purchases and distribution, including receipt and return records;
4. All records which refer to or are related to the dispensation, administration or distribution of controlled substances;
5. Any and all copies of the Registrant's inventory of drugs surrendered (DEA Form 41); and
6. Reports of Theft or Loss of Controlled Substances (DEA Form 106).

In addition, pursuant to 21 U.S.C. § 880(b)(3)(B), you are hereby authorized to inspect, copy and seize (for the purpose of verifying the records required to be kept under 21 U.S.C. § 880(b)(3)(A) the following (written or electronic) from the above-described controlled substance premises:

1. Audits or other internal reports or memoranda generated for the purpose of maintaining accurate records and inventories of controlled substances;
2. Communications regarding maintenance of inventories, theft or loss reports;
3. Policies and communications regarding Randall L. Steffens, D.O.,'s efforts to comply with the Controlled Substances Act;
4. Copies of training material and procedures regarding maintenance of inventory records;
5. Copies of training material and procedures regarding the performance of internal audits;
6. Copies of manuals, or other material describing computer programs or other procedures used by Randall L. Steffens, D.O., to maintain inventories and for the prescribing and dispensing of controlled substances;

7. Communications to/from Randall L. Steffens, D.O.,'s employees or owners to federal or state authorities, related to loss, theft of controlled substances, maintaining inventories of controlled substances, and/or compliance with the Controlled Substances Act;

8. Policies and communications regarding suspicious orders and or prescriptions being issued outside the usual course of professional practice;

9. Communications to/from Randall L. Steffens, D.O.,'s employee's relating to suspicious orders and/or controlled substance prescriptions being issued outside the usual course of professional practice; and

10. Copies of policies and communications for establishing and verifying any distributions and/or transferring of controlled substances.

Pursuant to 21 U.S.C. § 880(b)(3)(C), you are further authorized to inventory any stock of any controlled substance and obtain samples of any such substance. The inspection will extend to the inspection and copying of inventories, records, reports, order forms, invoices, and other documents required to be kept and the inspection of all other things therein including records, files, and papers appropriate for the verification of the records, reports, and documents required to be kept under the CSA. The inspection will also extend to the inspection and inventory of stocks of controlled substances, finished or unfinished substances and pertinent equipment associated with the storage and handling of controlled substances, and if necessary any applicable records and/or samples of controlled substances will be seized.

For purposes of 42 C.F.R. § 2.53(a) and (b), the undersigned DEA Diversion Investigator (and whoever is assisting) shall provide written assurance (via DEA form) that the undersigned DEA Diversion Investigator (and whoever is assisting) will not disclose patient identifying information (PII), except back to the clinic from which it was accessed. Furthermore, DEA Diversion Investigators (and whoever is assisting) will only use the PII as necessary to carry out the audit or evaluation purposes as authorized.

Not later than ten (10) days from the issuance of this warrant, return shall be made by the inspecting officer(s) to the on-duty United States Magistrate Judge showing that the inspection has been completed and an accounting for all property seized conducted pursuant to this warrant.

WARRANT FOR INSPECTION 3

DATED: June 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE